IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| NANCY B. MURPHY | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. G-05-510 |
| | § | |
| | § | |
| JO ANNE B. BARNHART, | § | |
| COMMISSIONER OF SOCIAL SECURITY | § | |

## FINAL JUDGMENT

For the reasons stated in this Court's Opinion and Order entered on the same date herewith, this action is

**REMANDED** to the Social Security Administration pursuant to 42 U.S.C. § 405(g).

**THIS IS A FINAL JUDGMENT**.

**DONE** at Galveston, Texas this 2nd day of April, 2007.

Samuel B. Kent
United States District Judge